IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREG GRISWOLD,

    Appellant,                          JUDGMENT IN A CIVIL CASE

v.                                        Case No. 15-cv-726-jdp

BRENDA ZEDDUN, ROBERT T.
KASDORF, RICHARD D. HUMPHREY
and JUDGE ROBERT D. MARTIN,

    Appellees.

This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered affirming the decisions of the United States Bankruptcy Court for the Western District of Wisconsin.

| /s/ | 6/27/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |